IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 09–53–M–DWM |
| Plaintiff, | |
| v. | ORDER |
| CASEY JOHN VERVICK, | |
| Defendant. | |

Defendant Casey John Vervick having moved unopposed to release his presentence report to his current counsel,

IT IS ORDERED that the motion (Doc. 35) is GRANTED. The Clerk is directed to file the defendant's PSR under seal in the case docket, limiting access to court staff, the government, and defense counsel of record.

DATED this 29th day of August, 2022.

Donald W. Molloy, District Judge
United States District Court