IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 09–53–M–DWM |
| Plaintiff, | |
| v. | ORDER |
| CASEY JOHN VERVICK, | |
| Defendant. | |

Defendant Casey John Vervick's unopposed motion for early termination of supervision is now before the Court. (Doc. 38.) Having considered the factors of 18 U.S.C. § 3553(a), the conduct of Defendant, and Defendant's arguments, the Court is satisfied that early termination is warranted by "the interest of justice." 18 U.S.C. § 3583(e)(1).

Accordingly, IT IS ORDERED that Defendant's motion (Doc. 38) is GRANTED. As of the date of this Order, Defendant's supervision is terminated. This Order has no effect, however, on the Defendant's continuing sex offender registration obligations under state and federal law.

DATED this 6th day of October, 2022.

_____
Donald W. Molloy, District Judge
United States District Court